| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | Civil Conference |
| EASTERN DISTRICT OF NEW YORK | | Minute Order |

Before: James Orenstein                                    Date:     8/14/2020
        U.S. Magistrate Judge                            Time:     2:00 p.m.

*Danielle Campo v. City of New York, et al.*
19-CV-4364 (NGG) (JO)

Type of Conference: Pretrial

| Appearances: | Plaintiff | Rick Ostrove (counsel), Danielle Campo (client) |
|---|---|---|
| | City | Kimberly K. Brown |
| | Marecki | Douglas LaBarbera |

Scheduling:     There are no further conferences scheduled before me at this time.

Summary: Discovery is closed, and the parties report no outstanding discovery disputes. The parties discussed settlement but did not reach agreement and none seems likely. Any party seeking leave to file a motion for summary judgment may submit a request by August 25, 2020, for a pre-motion conference. Upon the parties' submission of a joint pretrial order that fully complies with Judge Garaufis's individual practice requirements, due no later than September 30, 2020, I will certify that the case is ready for trial.

                                                                            SO ORDERED

                                                                      /s/
                                                        James Orenstein
                                                    U.S. Magistrate Judge