UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x
DANIELLE CAMPO,

                                   Plaintiff,

        — against —

CITY OF NEW YORK, and JOHN RINGEL, and JANICE
HOLMES, and BRIAN FOLEY, and PAUL MARECKI, and
JON MERCADO, in their official and individual capacities,

                                   Defendants.
------------------------------------------------------------------------------- x

**PARTIAL STIPULATION OF DISMISSAL AGAINST SOME OF THE INDIVIDUAL DEFENDANTS**

19 Civ. 4364 (NGG) (JO)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties through the undersigned, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims pursuant to 42 U.S.C. Section 1983 ("1983 Claims") against Individual Defendants Jonathan Mercado (sued herein as "Jon Mercado") and Paul Marecki are dismissed, with prejudice, and without costs to any party as against the other, and an order to that effect may be entered without further notice. This stipulation is not intended to and shall not affect any other claims. Instead, its impact is narrowly limited to the 1983 Claims against these two individual defendants. All other causes of action remain unaffected by this stipulation.

        Faxed, scanned or .pdf copies of the signed stipulation shall have the full force and effect of a signed original.

Dated: New York, New York
November 4, 2020

| | |
|---|---|
| **LEEDS BROWN LAW, P.C.**<br>Attorneys for Plaintiff<br>One Old Country Road, Ste. 347<br>Carle Place, New York 11514<br>(516) 873-9550 | **JAMES E. JOHNSON**<br>Corporation Counsel of the<br>City of New York<br>Attorney for the City Defendants<br>100 Church Street, Room 2-112<br>New York, New York 10007<br>Tel: (212) 356-2457 |

By: _____/s/_____
Rick Ostrove
Attorney for Plaintiff

By: _____
Kimberly K. Brown
Assistant Corporation Counsel

**WORTH, LONGWORTH & LONDON LLP**
Attorneys for Paul Marecki
11 John Street, Ste. 640
New York, New York 10038

By: _____/s/_____
Douglas LaBarbera
Attorney for Paul Marecki

SO ORDERED:

_____
U.S.D.J.

Dated: New York, New York
November 4, 2020

| | |
|---|---|
| **LEEDS BROWN LAW, P.C.**<br>Attorneys for Plaintiff<br>One Old Country Road, Ste. 347<br>Carle Place, New York 11514<br>(516) 873-9550 | **JAMES E. JOHNSON**<br>Corporation Counsel of the<br>City of New York<br>Attorney for the City Defendants<br>100 Church Street, Room 2-112<br>New York, New York 10007<br>Tel: (212) 356-2457 |

By: _____
Rick Ostrove
Attorney for Plaintiff

By: _____
Kimberly K. Brown
Assistant Corporation Counsel

**WORTH, LONGWORTH & LONDON LLP**
Attorneys for Paul Marecki
11 John Street, Ste. 640
New York, New York 10038

By: _____
Douglas LaBarbera
Attorney for Paul Marecki

SO ORDERED:

_____
U.S.D.J.