# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____*Attorneys' at Law*_____

March 12, 2021

**Via ECF and Fax (718-613-2546)**

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Campo v. City of New York, et al.
             Docket No.: 19-CV-4364 (NGG) (JO)

Your Honor:

    This office represents the Plaintiff in the above-referenced matter. Our opposition to summary judgment includes 1,167 pages. Accordingly, to save time, effort and paper, we request permission to submit only one courtesy copy of our papers to the Court, instead of two copies as required by the Court's Individual Rules. Opposing counsel consents to this request.

    We thank the Court for its consideration.

                                  LEEDS BROWN LAW, P.C.

                                  _____/s/_____
                                  RICK OSTROVE

Cc: Opposing Counsel (Via ECF)