UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DANIELLE CAMPO,

                                   Plaintiff,

            — against —

CITY OF NEW YORK, and JOHN RINGEL, and JANICE
HOLMES, and BRIAN FOLEY, and PAUL MARECKI, and
JON MERCADO, in their official and individual capacities,

                               Defendants.

---------------------------------------------------------------------X

**STIPULATION OF
VOLUNTARY DISMISSAL**

19 Civ. 4364 (NGG) (SJB)

         **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through the undersigned, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims against Defendants the City of New York, John Ringel, Janice Holmes, Brian Foley, Jon Mercado ("City Defendants") and Paul Marecki ("Marecki"), (collectively "defendants"), are dismissed, with prejudice, and without costs to any party as against the other, and an order to that effect may be entered without further notice.

         Faxed or scanned copies of the signed stipulation shall have the full force and effect of a signed original.

Dated:      New York, New York
            September 8, 2022

**LEEDS BROWN LAW, P.C.**
Attorneys for Plaintiff
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550

By: _____
    Rick Ostrove

**WORTH, LONGWORTH & LONDON, LLP**
Attorneys for Paul Marecki
111 John Street, Suite 640
New York, New York 10038
(212) 964-8063

By: _____
    Douglas LaBarbera

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
Attorney for the City of New York, John Ringel,
Janice Holmes, Brian Foley and Jon Mercado
100 Church Street, Rm. 2-112
New York, New York 10007
(212) 356-2457

By: _____
    Kimberly Brown
    Assistant Corporation Counsel

## So Ordered.
s/Nicholas G. Garaufis

_____
**Hon. Nicholas G. Garaufis**
**Date:**  9/23/22